IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-01722-RPM

FRANCISCO GAITAN,

        Plaintiff,

v.

CUNA MUTUAL INSURANCE SOCIETY
d/b/a CUNA Mutual Group,

        Defendant.

_____

ORDER
_____

        Pursuant to the Stipulation for Extension of Time to Respond to Complaint, filed on October 5, 2005, it is

        ORDERED that defendant is granted additional time, to and including October 31, 2005, within which to respond to the complaint.

        DATED: October 6, 2005

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge