IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-01722-RPM

FRANCISCO GAITAN,

        Plaintiff,

v.

CUNA MUTUAL INSURANCE SOCIETY
d/b/a CUNA Mutual Group,

        Defendant.
_____

ORDER DISCHARGING ORDER TO SHOW CAUSE
_____

        Pursuant to the plaintiff's Status Report (Doc. #12) filed on February 16, 2006, it is

        ORDERED that the Order to Show Cause issued on December 23, 2005, is discharged and it is

        FURTHER ORDERED that counsel shall submit settlement papers by March 10, 2006.

        DATED: February 21, 2006

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____

                                    Richard P. Matsch, Senior District Judge