IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-01722-RPM

FRANCISCO GAITAN,

        Plaintiff,

v.

CUNA MUTUAL INSURANCE SOCIETY
d/b/a CUNA Mutual Group,

        Defendant.
_____

ORDER FOR DISMISSAL
_____

        Pursuant to the Stipulation for Dismissal with Prejudice (Doc. #17), filed on March 13, 2006, it is

        ORDERED that this action is dismissed with prejudice, each party to bear its own fees and costs.

        DATED: March 14, 2006

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge